UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------X
GARDEN CITY BOXING CLUB, INC.

                    Plaintiff                  Index # 08-CV-02869

     -against-

HEVERES CORP.
d/b/a MI PALENQUE BAR & RESTAURANT
and ADELINA RUIZ
and FRANCISCO RUIZ.

                            **CERTIFICATE OF SERVICE**
                 Defendants
----------------------------------------------X

On the 4th day of April, 2008, deponent notified the defendants of the Order For Initial
Pretrial Conference, issued by the Honorable William H. Pauley III, by depositing a true
and correct copy thereof in a postage prepaid envelope, via first class mail of the U.S.
Postal Service within the State of New York, addressed to each of the following persons
at the last known address:

Heveres Corp.
d/b/a Mi Palenque Bar & Restaurant
154 E. 112th Street
New York, NY 10029

Adelina Ruiz
154 E. 112th Street
New York, NY 10029

Francisco Ruiz
154 E. 112th Street
New York, NY 10029


Dated: April 4, 2008           By:   /s/ Lucille Eichler
                                Lucille Eichler
                                The Law Firm of Paul J. Hooten
                                5505 Nesconset Hwy., - Ste 203
                                Mt. Sinai, New York 11766