UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

                Plaintiff                Index # 08-CV-02869

   -against-

HEVERES CORP.
d/b/a MI PALENQUE BAR & RESTAURANT
and ADELINA RUIZ
and FRANCISCO RUIZ.

                              **CERTIFICATE OF SERVICE**

               Defendants
----------------------------------------------X

On the 4th day of April, 2008, deponent notified the defendants of the Order For Initial Pretrial Conference, issued by the Honorable William H. Pauley III, by depositing a true and correct copy thereof in a postage prepaid envelope, via first class mail of the U.S. Postal Service within the State of New York, addressed to each of the following persons at the last known address:

Heveres Corp.
d/b/a Mi Palenque Bar & Restaurant
154 E. 112th Street
New York, NY 10029

Adelina Ruiz
154 E. 112th Street
New York, NY 10029

Francisco Ruiz
154 E. 112th Street
New York, NY 10029


Dated: April 4, 2008        By:   /s/ Lucille Eichler
                                              Lucille Eichler
                                              The Law Firm of Paul J. Hooten
                                              5505 Nesconset Hwy., - Ste 203
                                              Mt. Sinai, New York 11766