## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

---

J& J SPORTS PRODUCTIONS, INC.,

    PLAINTIFF

– vs. –

HEVERES CORP DBA MI PALENQUE BAR & RESTAURANT ET AL,

    DEFENDANT

---

Index No: **08 CV 02869**
Date Filed:  /  /
Office No: **131523**
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**DARRYL GREEN** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **04/17/2008** at **6:14PM** at **154 E. 112TH STREET, NEW YORK, NY 10029**, I served a true copy of the **SUMMONS AND COMPLAINT** upon **HEVERES CORP DBA MI PALENQUE BAR & RESTAURANT** a domestic corporation (one of) the **DEFENDANT** therein named by delivering to, and leaving personally with **"JANE" COLON, MANAGING AGENT** a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

    SEX: **FEMALE**    COLOR: **BROWN**    HAIR: **BROWN**
    APP. AGE: **40**    APP. HT: **5'5**    APP. WT: **170**
    OTHER IDENTIFYING FEATURES:

Deponent further says: That at the time of such service I knew the said corporation so served as aforesaid to be the same corporation mentioned and described in the aforementioned document(s) as (one of) the **DEFENDANT** in this action.

Sworn to before me on **04/18/2008**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

DARRYL GREEN – 866535
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
MA

