25 – SUBSTITUTE SERVICE / MAILING AT BUSINESS
**1PJH954735** – PAUL J. HOOTEN, ESQ

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

---------------------------------------

**J& J SPORTS PRODUCTIONS, INC.,**
    PLAINTIFF

– vs. –

**HEVERES CORP DBA MI PALENQUE BAR & RESTAURANT ET AL**,
    DEFENDANT

---------------------------------------

Index No: **08 CV 02869**
Date Filed:  /  /
Office No: **131523**
Court Date:

STATE OF NEW YORK COUNTY OF NEW YORK :SS:

**DARRYL GREEN** being duly sworn, deposes and says;

I AM OVER THE AGE OF 18 YEARS AND RESIDE IN THE STATE OF NEW YORK.

Deponent served the **SUMMONS AND COMPLAINT** upon the **DEFENDANT ADELINA RUIZ** on **04/17/2008** at **6:14PM** at **154 E. 112TH STREET , NEW YORK, NY 10029** actual place of business of the **DEFENDANT** by delivering thereat a true copy to **"JANE" COLON, CO–WORKER OF THE DEFENDANT**, a person of suitable age and discretion whose approximate description is as follows:

| SEX: **FEMALE** | COLOR: **BROWN** | HAIR: **BROWN** |
| --- | --- | --- |
| APP. AGE: **40** | APP. HT: **5'5** | APP. WT: **130** |

OTHER IDENTIFYING FEATURES:

Deponent also mailed a copy of same in an official depository under the exclusive care and custody of the United States Post Office Department within New York State on **04/18/2008** by first class mail to:

**ADELINA RUIZ**
**154 E. 112TH STREET , NEW YORK, NY 10029**

That address being **last known residence address of the DEFENDANT**, in an envelope bearing the legend "PERSONAL AND CONFIDENTIAL", and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person served.

Sworn to before me on **04/18/2008**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

DARRYL GREEN – 866535
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
MA