UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

J & J SPORTS PRODUCTIONS, INC.,

        Plaintiff,

    -against-

HEVERES CORP. et al.,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

08 Civ. 2869 (WHP)

SCHEDULING ORDER

WILLIAM H. PAULEY III, District Judge:

        Counsel for Plaintiff having appeared for a June 27, 2008 conference, and Defendants having failed to appear, Plaintiff shall file any motion for a default judgment by July 11, 2008.

Dated: June 27, 2008
       New York, New York

                      SO ORDERED:

                      WILLIAM H. PAULEY III
                           U.S.D.J.

*Counsel of record:*

Paul Joseph Hooten, Esq.
Paul J. Hooten & Associates
5505 Nesconset Hwy., Suite 203
Mt. Sinai, NY 11766
*Counsel for Plaintiff*