UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

                         Plaintiff                    08-2869

  -AGAINST-

HEVERES CORP.                                         AMENDED
d/b/a MI PALENQUE BAR & RESTAURANT    **NOTICE OF MOTION**
and ADELINA RUIZ                      **FOR DEFAULT JUDGMENT**
and FRANCISCO RUIZ
                         Defendant
-----------------------------------------------------X

Sirs:

      PLEASE TAKE NOTICE that a final judgment of which the within is a copy will be presented to the Honorable William H. Pauley, III , Judge of the United States District Court for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, on the 31  day of July, 2008 at 12:00 o'clock p.m..

Mt. Sinai, New York

July 22, 2008                                Paul J. Hooten & Associates

                                      By:    /s/ Paul J. Hooten
                                               Paul J. Hooten
                                               5505 Nesconset Highway, Suite 203
                                               Mt. Sinai, NY 11766
                                               Attorney for Plaintiff

To:    Heveres Corp.
        d/b/a Mi Palenque Bar & Restaurant
        154 E. 112th Street
        New York, NY 10029

        Adelina Ruiz
        154 E. 112th Street
        New York, NY 10029

        Francisco Ruiz
        154 E. 112th Street
        New York, NY 10029

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

                         Plaintiff              08-2869

  -AGAINST-

HEVERES CORP.
d/b/a MI PALENQUE BAR & RESTAURANT       **PROPOSED**
and ADELINA RUIZ                            **DEFAULT JUDGMENT**
and FRANCISCO RUIZ
                        Defendant
---------------------------------------------------X

      This action having been commenced on March 18, 2008 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Heveres Corp. d/b/a Mi Palenque Bar & Restaurant and Adelina Ruiz and Francisco Ruiz, and a proof of service having been filed on April 25, 2008 and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

      ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendants in the liquidated amount of $20,000.00 with interest at 9% from March 19, 2005, amounting to $6,000.00; plus costs and disbursements of this action in the amount of $470.00, plus attorney fees amounting to $700.00, amounting in all to $27,170.00.

Dated: New York, New York

_____

                                              _____
                                              William H. Pauley, III
                                              United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

                         Plaintiff        08-2869

   -AGAINST-

HEVERES CORP.
d/b/a MI PALENQUE BAR & RESTAURANT
and ADELINA RUIZ        **CERTIFICATE OF SERVICE**
and FRANCISCO RUIZ
                        Defendant
-----------------------------------------------------X

I certify that a copy of the Amended Notice of Motion for Default Judgment and Default Judgment was sent via U. S. Postal Service, postage paid, first class mail addressed to the following on July 22, 2008:

Heveres Corp.
d/b/a Mi Palenque Bar & Restaurant
154 E. 112th Street
New York, NY 10029

Adelina Ruiz
154 E. 112th Street
New York, NY 10029

Francisco Ruiz
154 E. 112th Street
New York, NY 10029

                                                By: /s/ Paul J. Hooten
                                                    Paul J. Hooten
                                                    Attorney for Plaintiff
                                                    5505 Nesconset Highway
                                                    Suite 203
                                                    Mt. Sinai, NY 1176