UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

J & J SPORTS PRODUCTIONS, INC.,

              Plaintiff,              08 Civ. 2869 (WHP)

      -against-                   ORDER

HEVERES CORP. et al.,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Plaintiff's motion for default judgment (Docket No. 10) is denied for failure to comply with this Court's individual practices. Plaintiff shall file any renewed motion for default judgment by August 1, 2008 or this action will be dismissed for failure to prosecute.

Dated: July 28, 2008
       New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of record:*

Paul Joseph Hooten, Esq.
Paul J. Hooten & Associates
5505 Nesconset Hwy., Suite 203
Mt. Sinai, NY 11766
*Counsel for Plaintiff*