UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
J & J SPORTS PRODUCTONS, INC.

                        Plaintiff         CIVIL NO. 08-CV-02869

  -AGAINST-

HEVERES CORP.
d/b/a MI PALENQUE BAR & RESTAURANT
and ADELINA RUIZ
and FRANCISCO RUIZ
                      Defendant       **STATEMENT OF DAMAGES**
-----------------------------------------------------X


| | |
|---|---|
| Amount of judgment ............................……………………. | $20,000.00 |
| Interest at 9% from March 19, 2005 through July, 2008 ........ . | $ 6,000.00 |
| Costs and Disbursements: | |
| Clerk's fee …………………………………………………… | $   350.00 |
| Process Server fee for service …………………………………….. | $   120.00 |
| Total as of July 2008...............................................…… | $26470.00 |