UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

      Plaintiff    08-2869

 -AGAINST-

HEVERES CORP.
d/b/a MI PALENQUE BAR & RESTAURANT   **PROPOSED**
and ADELINA RUIZ   **DEFAULT JUDGMENT**
and FRANCISCO RUIZ
      Defendant
-----------------------------------------------------X

 This action having been commenced on March 18, 2008 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Heveres Corp. d/b/a Mi Palenque Bar & Restaurant and Adelina Ruiz and Francisco Ruiz, and a proof of service having been filed on April 25, 2008 and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

 ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendants in the liquidated amount of $20,000.00 with interest at 9% from March 19, 2005, amounting to $6,000.00; plus costs and disbursements of this action in the amount of $470.00, amounting in all to $26,470.00.

Dated: New York, New York

_____

              _____
              William H. Pauley, III
              United States District Judge