UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

                                       Civil Case No. 08-2869

                     Plaintiff

    -AGAINST-

HEVERES CORP.                                    **AMENDED**
d/b/a MI PALENQUE BAR & RESTAURANT   **NOTICE OF MOTION**
and ADELINA RUIZ                                 **FOR DEFAULT JUDGMENT**
and FRANCISCO RUIZ
                     Defendant
-----------------------------------------------------X
Sirs:

      PLEASE TAKE NOTICE that upon the affidavit of Paul J. Hooten sworn to on

the 1st day of August, 2008 in support of said application and exhibits attached thereto,

Plaintiff moves this Court for an Order granting the entry of default judgment against the

defendants for the sum of Twenty Thousand Dollars, plus interest on such sum from

March 19, 2005 at the rate of nine percent (9%) per annum; plus costs and disbursements

in the amount of Four Hundred Seventy Dollars ($470.00).

Mt. Sinai, New York

<u>August 1, 2008</u>                              Respectfully submitted,

                         By:    <u>/s/ Paul J. Hooten</u>
                                Paul J. Hooten & Assoc. (PJH9510)
                                5505 Nesconset Highway, Suite 203
                                Mt. Sinai, NY 11766
                                Attorney for Plaintiff

To:    Heveres Corp.
        d/b/a Mi Palenque Bar & Restaurant
        154 E. 112th Street
        New York, NY 10029

        Adelina Ruiz
        154 E. 112th Street
        New York, NY 10029

Francisco Ruiz
154 E. 112th Street
New York, NY 10029