UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

      Plaintiff   08-2869

 -AGAINST-

HEVERES CORP.
d/b/a MI PALENQUE BAR & RESTAURANT
and ADELINA RUIZ
and FRANCISCO RUIZ
      Defendant
----------------------------------------------------X

~~PROPOSED~~
DEFAULT JUDGMENT

#08,1469

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 45
DATE FILED: 8/15/2008

This action having been commenced on March 18, 2008 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendant, Heveres Corp. d/b/a Mi Palenque Bar & Restaurant and Adelina Ruiz and Francisco Ruiz, and a proof of service having been filed on April 25, 2008 and the defendants not having answered the Complaint, and the time for answering the Complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendants in the liquidated amount of $20,000.00 with interest at 9% from March 19, 2005, amounting to $6,000.00; plus costs and disbursements of this action in the amount of $470.00, amounting in all to $26,470.00.

Dated: New York, New York

August 15, 2008

*The Clerk of Court is directed to mark this case closed.*

William H. Pauley, III
United States District Judge

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 8/x/08